## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXOCEL BIO, INC.,

*Plaintiff,*

v.

PATRICK RETIF and JILLIAN VOGEL,

*Defendants.*

CIVIL ACTION

NO. 24-4202

## ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of the Complaint, (Dkt. No. 1), Retif's Counterclaim, (Dkt. No. 49), Exocel Bio's Answer, (Dkt. No. 50), Retif's Motion for Judgment on the Pleadings, (Dkt. No. 57), and Exocel Bio's Response in Opposition, (Dkt. No. 66), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.