## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXOCEL BIO, INC.,

      *Plaintiff,*

    v.

PATRICK RETIF and JILLIAN VOGEL,

      *Defendants.*

CIVIL ACTION

NO. 24-5202

## ORDER

**AND NOW**, this 5th day of May, 2026, upon consideration of Kimera Labs, Inc.'s Motion to Intervene, (Dkt. No. 51), Jillian Vogel's Response in Support, (Dkt. No. 60), Exocel Bio, Inc.'s Response in Opposition, (Dkt. No. 65), and Kimera Labs, Inc.'s Reply, (Dkt. No. 67), it is hereby **ORDERED** that the Motion is **GRANTED**.  The Complaint in Intervention, (Dkt. No. 51-4) is deemed filed as of May 5, 2026.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.