**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EXOCEL BIO, INC., et al.,<br>*Plaintiff,*<br>v.<br>PATRICK RETIF and JILLIAN VOGEL,<br>*Defendants.* | CIVIL ACTION<br>NO. 24-05202 |
| KIMERA LABS, INC.,<br>*Intervenor-Plaintiff,*<br>v.<br>EXOCEL BIO, INC., et al.,<br>*Defendants.* | |

**ORDER**

**AND NOW**, this 14th day of September, 2026, upon consideration of the Motion for Partial Summary Judgment, (Dkt. No. 87), Exocel's Response in Opposition, (Dkt. No. 90), and Retif's Reply, (Dkt. No. 94) it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.